BEN JENKINS *v.* COMMISSIONER OF CORRECTION
(AC 25911)

Flynn, C. J., and Gruendel and Harper, Js.

Submitted on briefs February 23—officially released March 21, 2006

Per Curiam. The appeal is dismissed.

CEDAR MARINA, INC., ET AL. *v.* WYNCOTE
CLUB, INC., ET AL.
(AC 26336)

DiPentima, Gruendel and Peters, Js.

Submitted on briefs February 22—officially released March 21, 2006

Per Curiam. The judgment is affirmed.